# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**DOUGLAS MCCLENDON,**                                        CASE NO. 4:25 CV 1082

      Petitioner,

      v.                                                               JUDGE JAMES R. KNEPP II

**WARDEN IAN M. HEALY,**

      Respondent.                                     **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Jennifer Dowdell Armstrong's Report and Recommendation ("R&R") to grant Respondent's Motion to Dismiss Petitioner Douglas McClendon's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 10). Specifically, Judge Armstrong recommends the Petition be dismissed because Petitioner is no longer in federal custody, the issue raised is now moot, and the Court lacks subject matter jurisdiction. *See id.*

Under the relevant statute:

> Within fourteen days after being served with a copy [of a Magistrate Judge's R&R], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(2). The failure to file timely written objections to a Magistrate Judge's R&R constitutes a waiver of *de novo* review by the district court of any issues covered in the R&R. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

In this case, the R&R was issued on January 9, 2026, and it is now February 10, 2026. Petitioner has neither filed objections nor requested an extension of time to file them. Despite the lack of objections, the Court has reviewed Judge Armstrong's R&R, and agrees with the findings and recommended rulings therein. Therefore, the Court ADOPTS Judge Armstrong's R&R (Doc. 10) as the Order of this Court, GRANTS Respondent's Motion to Dismiss (Doc. 9) and DISMISSES Petitioner's Petition (Doc. 1) as set forth therein. The Court further CERTIFIES that an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.


 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: February 10, 2026